AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Amilcar Giovanni Barrios-Chanay, aka Mariano Vargas, | ) ) ) ) | Case No.  12-8460-DLB |
| *Defendant(s)* | | |

FILED by _____ D.C.
NOV 27 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   November 14, 2012   in the county of   Palm Beach   in the
  Southern   District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, U.S.C., Section 1326(a) | Illegal re-entry after deportation |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andy Korzen, ~~Special Agent~~ DO, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  11-27-12

_____
*Judge's signature*

City and state:   West Palm Beach, Florida     Dave Lee Brannon, United States Magistrate Judge
*Printed name and title*

## UNITED STATES v. AMILCAR GIOVANNI BARRIOS-CHANAY
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over nine years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Amilcar Giovanni BARRIOS-CHANAY, also known as Mariano VARGAS committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. On or about November 14, 2012, Amilcar Giovanni BARRIOS-CHANAY was arrested in Palm Beach County, Florida on charge of domestic battery. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States.

4. On or about November 15, 2012, at the Palm Beach County Jail, Immigration Enforcement Agent Samuel Torres took a sworn statement from Amilcar Giovanni BARRIOS-CHANAY. Post-*Miranda,* Amilcar Giovanni BARRIOS-CHANAY admitted to being a citizen of Guatemala. He further admitted to last entering into the

1

United States in 2007 after being previously deported from the United States. Amilcar Giovanni BARRIOS-CHANAY also admitted that he did not seek permission from the U.S. government to re-enter the United States.

5. On or about November 19, 2012, your affiant received the immigration alien file assigned to Amilcar Giovanni BARRIOS-CHANAY. Official records within alien file assigned to Amilcar Giovanni BARRIOS-CHANAY show that he is a native and citizen of Guatemala. Records further show that on or about April 11, 1997, Amilcar Giovanni BARRIOS-CHANAY was ordered deported from the United States. The Order of Deportation was executed on or about February 28, 2001, whereby Amilcar Giovanni BARRIOS-CHANAY was deported from the United States to Guatemala.

6. Further review of the records within alien file assigned to Amilcar Giovanni BARRIOS-CHANAY show that Amilcar Giovanni BARRIOS-CHANAY illegally re-entered into the United States after being deported. Records further show that on or about April 28, 2004, Amilcar Giovanni BARRIOS-CHANAY using alias of Mariano VARGAS was ordered removed from the United States. The Order of Removal was executed on or about June 21, 2004, whereby Amilcar Giovanni BARRIOS-CHANAY was removed from the United States to Guatemala for the second time.

7. Border Patrol Fingerprint Examiner Richard Abbott conducted fingerprint comparison in this case. The fingerprint comparison confirmed that the individual encountered on November 14, 2012, that is, Amilcar Giovanni BARRIOS-CHANAY, was the same person previously deported and removed from the United States on or about February 28, 2001 and June 21, 2004.

8. On or about November 19, 2012, your affiant received the Certificate of Nonexistence of Records for the alien identified as Amilcar Giovanni BARRIOS-CHANAY, verifying that, after a diligent search, no record was found to exist indicating that Amilcar Giovanni BARRIOS-CHANAY had obtained consent from either the Attorney General of the United States or the Secretary of the Department of Homeland Security for re-admission into the United States as required by law.

9. Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about November 14, 2012, Amilcar Giovanni BARRIOS-CHANAY, also known as Mariano VARGAS an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me
this 27th day of November, 2012.

_____
DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 12-8460-DLB

### BOND RECOMMENDATION

DEFENDANT: Amilcar Giovanni Barrios-Chanay, aka Mariano Vargas

PRE-TRIAL DETENTION
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   ROBERT H. WATERS, JR.

Last Known Address: _____

What Facility:   Palm Beach County Jail

West Palm Beach, Florida

Agent(s):   S/A Andy Korzen
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
U.S. Department of Homeland Security, ICE
501 SO. FLAGLER DR., STE 500, WEST PALM BEACH, FL 33401

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.  12-8460-DLB

UNITED STATES OF AMERICA

vs.

AMILCAR GIOVANNI BARRIOS-CHANAY,
aka Mariano Vargas

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  _X_ No

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

BY:  _____
        ROBERT H. WATERS, JR.
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No. 365483
        500 S. Australian Avenue, Suite 400
        West Palm Beach, FL 33401-6235
        Tel:  (561) 820-8711
        Fax: (561) 820-8777
        Robert.Waters@usdoj.gov